| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RHCSC Gainesville Health Holdings LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  The Landings at Gainesville** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4816552** |
| 4. | **Debtor's address** | **Principal place of business** **2030 Windward Lane Gainesville, GA 30501** Number, Street, City, State & ZIP Code  **Hall** County | **Mailing address, if different from principal place of business** **P.O. Box 2568 Hickory, NC 28603** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: |

Debtor  **RHCSC Gainesville Health Holdings LLC** _____  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6233__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **RHCSC Gainesville Health Holdings LLC**  Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attached List**                          Relationship _____
District **Northern District of Georgia**   When **8/26/21**   Case number, if known _____

**11. Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**
☐ $0 - $50,000               ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **RHCSC Gainesville Health Holdings LLC** _____  Case number (*if known*) _____
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **RHCSC Gainesville Health Holdings LLC**                              Case number (*if known*)
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 26, 2021**
              MM / DD / YYYY

X **/s/ Bryan W. Starnes**                                    **Bryan W. Starnes**
Signature of authorized representative of debtor              Printed name

Title   **Authorized Officer**

**18. Signature of attorney**

X **/s/ J. Robert Williamson**                                Date **August 26, 2021**
Signature of attorney for debtor                                   MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone  **404-893-3880**         Email address  **centralstation@swlawfirm.com**

**765214 GA**
Bar number and State

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 5

Pending Bankruptcy Cases of Affiliated Entities Filed on August 26, 2021

RHCSC Rome AL Holdings LLC
RHCSC Rome Health Holdings LLC
Regional Housing & Community Services Corporation
RHCSC Columbus AL Holdings LLC
RHCSC Columbus Health Holdings LLC
RHCSC Douglas AL Holdings LLC
RHCSC Douglas Health Holdings LLC
RHCSC Gainesville AL Holdings LLC
RHCSC Gainesville Health Holdings LLC
RHCSC Montgomery I AL Holdings LLC
RHCSC Montgomery I Health Holdings, LLC
RHCSC Montgomery II AL Holdings LLC
RHCSC Montgomery II Health Holdings LLC
RHCSC Savannah AL Holdings LLC
RHCSC Savannah Health Holdings LLC
RHCSC Social Circle AL Holdings LLC
RHCSC Social Circle Health Holdings LLC

## ACTION OF SOLE MEMBER OF
## RHCSC GAINESVILLE HEALTH HOLDINGS LLC

### AUGUST 24, 2021

This is to certify that, pursuant to Unanimous Written Consent of the Board of Directors (the "Board") of Regional Housing & Community Services Corp., a California nonprofit corporation (the "Sole Member"), and the sole member and manager of RHCSC Gainesville Health Holdings LLC ( the "Company"), dated August 24, 2021, a resolution was duly adopted by the Board which, among other things, authorized the Sole Member to cause the Company to file a voluntary Chapter 11 petition in the United States Bankruptcy Court for the Northern District of Georgia. Accordingly, the Sole Member does hereby take the following actions, and it is hereby:

**RESOLVED**, that Thomas W. Waldrep, Jr., President of the Sole Member, and Bryan W. Starnes, Vice President of the Sole Member (each, together with any other person so designated by the Board, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Sole Member and the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code by the Company and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as general bankruptcy counsel for the Company under a general retainer in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code, and to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that, in order to assist the Company in obtaining a successful prosecution of its Chapter 11 case for creditors and other stakeholders, the Company is authorized to engage and retain the firm of GGG Partners, LLC, by and through its designee, Katie Goodman, to act as chief restructuring officer for the Company in prosecuting its Chapter 11 case, on such terms and conditions as shall be deemed appropriate by the Authorized Officers, subject to any required bankruptcy court approval;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company other attorneys, consultants, investment bankers, financial advisors, accountants and other professionals to assist in the Company's Chapter 11 case on such terms as said officers deem necessary or proper, and to pay to such professionals reasonable compensation for such services;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions,

lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition Credit Agreement"), and the Company is authorized to perform all of the obligations and agreements of the "Borrower" thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designate is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper and desirable in connection therewith, including (without limitation) a security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his or her sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all reasonable fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions necessary thereto;

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

Said Resolution is still of full force and effect.

                    RHCSC GAINESVILLE HEALTH HOLDINGS LLC

                    By:    Regional Housing & Community Services Corp., Sole Member and Manager

                    By: _____
                           Bryan W. Starnes,
                           Secretary Treasurer

- 3 -

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RHCSC Gainesville Health Holdings LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the Consolidated 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/26/21**    X **/s/ Bryan W. Starnes**
Signature of individual signing on behalf of debtor

**Bryan W. Starnes**
Printed name

**Authorized Officer**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RHCSC Gainesville Health Holdings LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the Consolidated 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the consolidated 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the consolidated 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Moore & Van Allen, PLLC,** Suite 4700 100 North Tryon Street Charlotte, NC 28202-4003 | Patrick Harvey patharvey@mvalaw.com 704-331-1000 | Goods and Services | Unliquidated | | | $92,193.36 |
| **Chatham County Tax Commissioner** 222 W Oglethorpe Ave Savannah, GA 31401 | Sonya L. Jackson tax@chathamcounty.org 912-652-7271 | Property Taxes | | | | $43,084.02 |
| **Muscogee County Tax Collector** PO Box 1441 Columbus, GA 31902 | Lula Huff spollard@columbusga.org 706-653-4211 | Property Taxes | | | | $16,031.53 |
| **Osceola Supply, Inc** 915 Commerce Blvd Midway, FL 32343 | Ian White iwhite@osceolasupply.com 850-580-9800 | Goods and Services | | | | $11,734.25 |
| **One Source Communications** PO Box 8385 1655 East Arlington Blvd Greenville, NC 27858 | Christina Reddick creddick@onesource.net 252-616-3467 | Utilities | | | | $9,401.24 |
| **Georgia Power** 96 Annex Atlanta, GA 30396 | Lisa Allen r2gpcrpb@southernco.com 888-660-5890 | Utilities | | | | $9,009.92 |
| **Alabama Power** PO Box 242 Birmingham, AL 35292 | Cindy Yang leaseidgpc@southernco.com 888-430-5787 | Utilities | | | | $7,970.42 |

Debtor  **RHCSC Gainesville Health Holdings LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Montgomery Water Works** PO Box 1670 Montgomery, AL 36102 | **Tina Lesser** customercare@mwssb.com 334-705-5500 | **Utilities** | | | | $5,884.12 |
| **Floyd County Water Dept** PO Box 1169 Rome, GA 30162 | **Steve Hulsey** water@floydcountyga.org 706-291-5132 | **Utilities** | | | | $5,810.50 |
| **City of Gainesville** PO Box 2496 Gainesville, GA 30503 | **Ed Bielarski** webmaster@gru.com 770-535-6878 | **Property Taxes** | | | | $4,379.28 |
| **Sharp Electronics Corporation** Dept AT 40322 Atlanta, GA 31192 | **Marshall Brookover** marshall.brookover@sharpusa.com 704-672-3074 | **Goods and Services** | | | | $4,244.65 |
| **Coffee County Tax Commissioner** PO Box 1207 Douglas, GA 31534 | **Monty Vickers** monty.vickers@coffeecounty-ga.gov 912-384-4895 | **Property Taxes** | | | | $4,000.75 |
| **Smartlinx Solutions, LLC** PO Box 22598 New York, NY 10087 | **Teresa Ozga** teresa.ozga@smartlinx.com 877-501-1310 x0174 | **Goods and Services** | | | | $3,634.17 |
| **Amber Sprinkler Inspection Co.** 855 Marathon Parkway Suite 2 Lawrenceville, GA 30046 | **Lee Cawthon** lcawthon@c2cresources.com 678-495-0050 | **Goods and Services** | | | | $3,550.00 |
| **Georgia Dept of Community Health Healthcare Facility Regulation Div.** 2 Peachtree Street NW Atlanta, GA 30303 | **Caylee Noggle** hit.info@dch.ga.gov 404-656-4507 | **Goods and Services** | | | | $2,950.00 |
| **Tierce Industrial Service, Inc** PO Box 680780 Prattville, AL 36068 | **Angie Tierce** tierce2590@aol.com 334-272-7130 | **Goods and Services** | | | | $2,750.00 |
| **Montgomery County Revenue Commissioner** PO Box 4720 Montgomery, AL 36103 | **Janet Buskey** allysonholland@mc-ala.org 334-832-1250 | **Property Taxes** | | | | $2,449.50 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Debtor **RHCSC Gainesville Health Holdings LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| De lage Landen Financial Services PO Box 41602 Philadelphia, PA 19101 | Steve Long customercarecenter@leasedirect.com 800-355-1987 | Equipment Lease | | | | $1,326.56 |
| Columbus Water Works PO Box 1600 Columbus, GA 31904 | Lynn Hammer customercare@columbusww.com 706-649-3400 | Utilities | | | | 1,261.77 |
| SBS Leasing PO Box 41602 Philadelphia, PA 19101 | Liza Lacey llacey@leasedirect.com 800-736-0220 | Equipment Lease | | | | $1,128.97 |
| Edwards Plumbing Heating AC Inc PO Box 70399 Montgomery, AL 36107 | Gary Edwards service@edwardshvac.com 334-834-6120 | Goods and Services | | | | $1,040.00 |
| GFL Environmental PO Box 555193 Detroit, MI 48255 | Theresa Edwards theresaedwards@gflenv.com 252-264-2996 | Goods and Services | | | | $940.00 |
| Creative Security Systems PO Box 211358 Montgomery, AL 36121 | Brittney Long accounting@creativesecsys.com 334-244-2251 | Goods and Services | | | | $714.00 |
| Roto-Rooter PO Box 680780 Prattville, AL 36068 | Angie Tierce tierce2590@aol.com 334-272-7130 | Goods and Services | | | | $700.00 |
| Waste Management of Atlanta Hauling PO Box 4648 Carol Stream, IL 60197 | Kim Little customercare@wastemanagement.com 866-319-5397 | Utilities | | | | $695.14 |
| City of Social Circle PO Box 310 Social Circle, GA 30025 | Georgia Hooks ghooks@socialcirclega.gov 770-464-2380 | Property Taxes | | | | $650.53 |
| Montgomery Area Chamber of Commerce 41 Commerce Street Montgomery, AL 36104 | Craig Bruce cbruce@montgomerychamber.com 334-240-9494 | Goods and Services | | | | $599.50 |
| Republic Services PO Box 9001099 Louisville, KY 40290 | Helen Knott hknott@republicservices.com 800-546-4285 | Utilities | | | | $582.73 |

Debtor  **RHCSC Gainesville Health Holdings LLC**                     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Greater Hall Chamber of Commerce, Inc 230 E Butler Parkway Gainesville, GA 30501** | **Christen Wilbanks cwilbanks@ghcc.com 770-532-6206** | **Goods and Services** | | | | **$490.00** |
| **Speramus, Inc PO Box 741686 Los Angeles, CA 90074** | **Juval Lerner juval@crewapp.com 832-808-0016** | **Goods and Services** | | | | **$480.00** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re: **RHCSC Gainesville Health Holdings LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 26, 2021**

**/s/ Bryan W. Starnes**
**Bryan W. Starnes**/**Authorized Officer**
Signer/Title

```
Alliance Insurance Group
941 Oak Street
Eugene, OR 97401


City of Gainesville
PO Box 2496
Gainesville, GA 30503


Colleen A. Murphy
Greenberg Traurig
One International Pl, Ste 2000
Boston, MA 02110


Georgia Department of Labor
148 Andrew Young Int'l Blvd
Suite 826
Atlanta, GA 30303-1751


Georgia Department of Revenue
1800 Century Blvd, NE
Suite 9100
Atlanta, GA 30345


Great American Insurance Group
Specialty Accounting
PO Box 89400
Cleveland, OH 44101-6400


Hall County
Personal Property Tax
P.O. Box 1780
Gainesville, GA 30503


Hall County
Real Property
P.O. Box 2895
Gainesville, GA 30503
```

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Internal Revenue Service
401 W. Peachtree Street, NW
Stop 334-D
Atlanta, GA 30308



IPFS Corporation
49 Stevenson Street
Suite 1275
San Francisco, CA 94105



Public Finance Authority
Attn: Scott Carper and Michael LaPierre
22 East Mifflin St, Suite 900
Madison, WI 53703



Tortoise Credit Strategies LLC
Attn: Garey M. Fuqua, Sr Portfolio Mgr
118-35 Quenns Blvd, Suite 400
Forest Hills, NY 11375



Tortoise Credit Strategies LLC
Attn: Social Infrastructure Legal Team
11550 Ash Street, Suite 300
Leawood, KS 66211



UMB Bank, N.A.
2 South Broadway
Suite 600
St. Louis, MO 63102



Waldrep LLP
Attn: Jennifer B. Lyday
101 S. Stratford Rd, Suite 210
Winston-Salem, NC 27104
```